UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IVY BISHOP,

Plaintiff,

-against-

CITY OF NEW YORK, ADMINISTRATION FOR CHILDREN'S SERVICES (ACS), AUTHORIZED AGENTS,

Defendants.

26-CV-6529 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated August 25, 2026, the Court directed Plaintiff, within 30 days, to submit: 1) a signed redacted complaint that complies with Rule 5.2 of the Federal Rules of Civil Procedure; 2) a signed redacted application for leave to proceed *in forma pauperis* (IFP) that complies with Rule 5.2 of the Federal Rules of Civil Procedure; and 3) a Notice of Change of Address form or a Consent to Electronic Service form.

That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not submitted the completed signature page as directed. Accordingly, the complaint is dismissed without prejudice. *See* Fed. R. Civ. P. 11(a).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant

demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter a civil judgment in this action.

SO ORDERED.

Dated: October 21, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge